**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
 E-Mail: Dana.Fox@lewisbrisbois.com
ERIC Y. KIZIRIAN, SB# 210584
 E-Mail: Eric.Kizirian@lewisbrisbois.com
MICHAEL K. GRIMALDI, SB# 280939
 E-Mail: Michael.Grimaldi@lewisbrisbois.com
DYANNE CHO, SB# 306190
 E-Mail: Dyanne.Cho@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for DEFENDANT QUORN FOODS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KIMBERLY BIRBROWER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>QUORN FOODS, INC., a Delaware Corporation and DOES 1 THROUGH 100, inclusive,<br><br>Defendant. | CASE NO. 2:16-cv-01346-DMG<br><br>The Hon. Dolly M. Gee<br><br>**STIPULATION TO TAKE DEFENDANT QUORN FOODS, INC.'S MOTION TO DISMISS OFF CALENDAR WITHOUT PREJUDICE TO REFILING IN LIGHT OF THE PARTIES ONGOING SETTLEMENT DISCUSSIONS AND TO STAY THE CASE**<br><br>Filed concurrently with proposed order |

1  Plaintiff Kimberly Birbrower ("Plaintiff") and Defendant Quorn Foods, Inc.
2  ("Quorn"), through their respective counsel of record, hereby stipulate to take
3  Quorn's Motion to Dismiss (Dkt. 13) off calendar without prejudice to refiling (if
4  necessary), pending approval of the terms of the proposed class action settlement.
5  This Stipulation is based on the following:
6  Whereas, the hearing on Quorn's Motion to Dismiss is currently set for
7  September 16, 2016 (Dkt. 23) after the parties stipulated to continue the hearing in
8  light of settlement discussions;
9  Whereas, the parties have now come agreed in principle to the major terms of
10 a proposed class action settlement;
11 Whereas, the parties are in process of drafting a settlement agreement, and
12 Plaintiff anticipates filing a motion for preliminary approval of a class action
13 settlement not later than October 31, 2016.
14
15 IT IS HEREBY STIPULATED AND AGREED that the Court may enter an order to
16 take Quorn's Motion to Dismiss (Dkt. 13) off calendar without prejudice and that
17 the case is otherwise stayed until October 31, 2016.
18
19 DATED: August 31, 2016          LEWIS BRISBOIS BISGAARD & SMITH LLP
20
21                                 By:      /s/ Eric Y. Kizirian
                                            Eric Y. Kizirian
22                                          Attorneys for Defendant Quorn Foods, Inc.
23 DATED: August 31, 2016
24
25                                 By:      /s/ Jason M. Frank
                                            Jason M. Frank
26                                          Scott H. Sims
                                            Attorneys for Plaintiff Kimberly Birbrower
27
28



4844-7048-1719.1

STIPULATION TO TAKE DEFENDANT QUORN FOODS, INC.'S MOTION TO DISMISS OFF CALENDAR

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories representing plaintiff to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 31, 2016             LEWIS BRISBOIS BISGAARD & SMITH LLP

                                   By:      /s/ Eric Y. Kizirian
                                         Eric Y. Kizirian
                                         Attorneys for Quorn Foods, Inc.