1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

13
14
15
16
17
18

| KIMBERLY BIRBROWER, an individual, | Case No.: CV 16-1346-DMG (AJWx) |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION TO TAKE DEFENDANT QUORN FOODS, INC.'S MOTION TO DISMISS OFF CALENDAR WITHOUT PREJUDICE [24]** |
| vs. | |
| QUORN FOODS, INC., a Delaware Corporation and DOES 1 THROUGH 100, inclusive, | |
| Defendant. | |

19
20
21
22
23
24
25
26
27
28

The Court has received and reviewed the stipulation of Plaintiff Kimberly Birbrower and Defendant Quorn Foods, Inc. ("Quorn"), seeking to take Quorn's Motion to Dismiss off calendar without prejudice to refiling.

Based on the stipulation and good cause appearing, IT IS ORDERED THAT:

- Quorn's Motion to Dismiss is taken off calendar [Doc. # 13] without prejudice to refiling;
- The hearing on Quorn's Motion to Dismiss, currently set for September 16, 2016 [Doc. #. 23], is VACATED;
- The case is otherwise stayed until October 31, 2016, which is plaintiff's anticipated date for filing a motion for preliminary approval of a class action settlement.

DATED: August 31, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE