UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **CV 16-1346-DMG (AJWx)**   Date  December 7, 2016

Title  *Kimberly Birbrower v. Quorn Foods, Inc., et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On October 24, 2016, the Court issued an order staying the action until the earlier of (a) December 1, 2016 or (b) Plaintiff filing her Motion for Preliminary Approval. [Doc. # 27.] To date, no filings have been made on the docket.

The parties are ordered to show cause in writing on or before **December 14, 2016** why the case should not be dismissed for lack of prosecution.

IT IS SO ORDERED.