FRANK SIMS & STOLPER LLP
Jason M. Frank (Bar No. 190957)
jfrank@lawfss.com
Scott H. Sims (Bar No. 234148)
ssims@lawfss.com
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
Telephone: 949.201.2400
Facsimile: 949.201.2405

YUHL CARR LLP
Eric F. Yuhl (Bar No. 102051)
eyuhl@yuhlcarr.com
Colin A. Yuhl (Bar No. 259196)
cayuhl@yuhlcarr.com
4676 Admiralty Way, Suite 550
Marina del Rey, CA 90292
Telephone: 310.827.2800
Facsimile:  310.827.4200

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BIRBROWER, an individual,<br><br>             Plaintiff,<br><br>    vs.<br><br>QUORN FOODS, INC., a Delaware Corporation and DOES 1 through 100, inclusive,<br><br>             Defendant. | CASE NO.:<br>2:16-cv-01346-DMG-AJW<br><br>**JOINT RESPONSE TO THE COURT'S DECEMBER 7, 2016 ODER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |

Plaintiff Kimberly Birbrower ("Plaintiff") and Defendant Quorn Foods, Inc. ("Quorn"), by and through their counsel of record, hereby submit the following response to the Court's December 7, 2016 Order to Show Cause Why This Action Should Not Be Dismissed For Lack Of Prosecution (Dkt. No. 29).

## RESPONSE TO ORDER TO SHOW CAUSE

This action should not be dismissed for lack of prosecution because a class action settlement agreement has been approved as to form by counsel and has been sent to the parties for signature. Counsel anticipates the agreement will be fully executed this week. The parties understand that, at the request of the parties, the Court previously entered a stay of the proceedings through the earlier of (a) December 1, 2016 or (b) Plaintiff moving for preliminary approval of a class action settlement. The parties did not request an extension of the stay prior to its expiration on December 1, 2016 because they expected to execute a class action settlement agreement shortly thereafter and did not anticipate any case related activity prior to executing a class action settlement agreement. In retrospect, the parties apologize to the Court for not requesting a further brief extension of the stay.

Since the Court entered the now expired stay, however, the parties and their counsel continued to work diligently towards finalizing class action settlement. Unfortunately, even after reaching an agreement in principle, it took longer than anticipated for (a) the parties to negotiate final outstanding issues and (b) for counsel to agree on the form of a class action settlement agreement to be presented to their respective clients and ultimately to the Court. That delay, however, was not due to a lack of diligence. And, in fact, parallel with diligently attempting to finalize the anticipated settlement, the parties have conducted extensive confirmatory discovery and worked with the proposed class administrator regarding notice issues.

Accordingly, the parties request that the Court vacate its Order to Show Cause and enter a new and different order that Plaintiff file her preliminary approval papers by January 9, 2017. Counsel hopes to move for preliminary approval by December 23,

2016, but in light of the Holidays, and to leave time for any unanticipated delays, the parties request that the Court set a January 9, 2017 deadline.

Dated: December 14, 2016                         FRANK SIMS & STOLPER LLP

                                                By:   /s/ *Scott H. Sims*
                                                      Scott H. Sims
                                                      Attorneys for Plaintiff


Dated: December 14, 2016                         LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                By:   /s/ *Eric Y. Kizirian*
                                                      Eric Y. Kizirian
                                                      Attorneys for Defendant Quorn Foods, Inc.

### L.R. 5-4.3.4 Statement

I, Scott H. Sims, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

                                                By:   /s/ *Scott H. Sims*