FRANK SIMS & STOLPER LLP
Jason M. Frank (Bar No. 190957)
jfrank@lawfss.com
Scott H. Sims (Bar No. 234148)
ssims@lawfss.com
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
Telephone: 949.201.2400
Facsimile: 949.201.2405

YUHL CARR LLP
Eric F. Yuhl (Bar No. 102051)
eyuhl@yuhlcarr.com
Colin A. Yuhl (Bar No. 259196)
cayuhl@yuhlcarr.com
4676 Admiralty Way, Suite 550
Marina del Rey, CA 90292
Telephone: 310.827.2800
Facsimile:  310.827.4200

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BIRBROWER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>QUORN FOODS, INC., a Delaware Corporation and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.:<br>2:16−cv−01346−DMG−AJW<br><br>**PLAINTIFF'S NOTICE OF MOTION AND <u>UNOPPOSED</u> MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: February 3, 2017<br>Time: 9:30 a.m.<br>Location: Courtroom 8C |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on February 3, 2017 at 9:30 a.m. in Courtroom 8C of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California 90012, Plaintiff Kimberly Birbrower ("Plaintiff") will and hereby does move for an order:

1. Granting preliminary approval of the Class Action Settlement and Release between her and Defendant Quorn Foods, Inc. (the "Settlement"), a copy of which is attached as Exhibit A to the Memorandum in Support of Plaintiff's Motion for Preliminary Approval filed concurrently.

2. Appointing and approving Atticus Administration, LLC as the Claims Administrator.

3. Approving the form and manner of notice to the Settlement Class as set forth in the Settlement Agreement and the Declaration of Christopher Longley of Atticus Administration, LLC, filed concurrently herewith.

4. Approving Jason M. Frank and Scott H. Sims of Frank Sims & Stolper LLP and Eric F. Yuhl and Colin A. Yuhl of Yuhl Carr LLP as Class Counsel for the Settlement Class.

5. Setting a Final Approval Hearing on July 28, 2017 at 9:30 a.m. in Courtroom 8C at 350 West First Street, Los Angeles, California 90012, or as soon thereafter as the Court's schedule permits.

This Motion is based on this Notice of Motion and Motion; the supporting Memorandum of Points and Authorities; the Declaration of Jason M. Frank; the Declaration of Eric F. Yuhl; the Declaration of Christopher Longley; the Declaration of Kimberly Birbrower; the [Proposed] Preliminary Approval Order; the pleadings on file herein, and such other and further material to be offered at the hearing.

**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Dated:  January 6, 2017          FRANK SIMS & STOLPER LLP

                                 By:   /s/ Jason M. Frank
                                       Jason M. Frank
                                       Attorneys for Plaintiff

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR <u>UNOPPOSED</u> MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**