FRANK SIMS & STOLPER LLP
Jason M. Frank (Bar No. 190957)
jfrank@lawfss.com
Scott H. Sims (Bar No. 234148)
ssims@lawfss.com
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
Telephone: 949.201.2400
Facsimile: 949.201.2405

YUHL CARR LLP
Eric F. Yuhl (Bar No. 102051)
eyuhl@yuhlcarr.com
Colin A. Yuhl (Bar No. 259196)
cayuhl@yuhlcarr.com
4676 Admiralty Way, Suite 550
Marina del Rey, CA 90292
Telephone: 310.827.2800
Facsimile:  310.827.4200

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BIRBROWER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>QUORN FOODS, INC., a Delaware Corporation and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.:<br>2:16-cv-01346-DMG-AJW<br><br>**PLAINTIFF'S OBJECTION TO THE UNAUTHORIZED SUR REPLY FILED BY NON-PARTY EAGAN AVENATTI, LLP**<br><br>Date: February 3, 2017<br>Time: 9:30 a.m.<br>Location: Courtroom 8C |

**PLAINTIFF'S OBJECTION TO THE NON-PARTY EAGAN AVENATTI, LLP'S UNAUTHORIZED SUR REPLY**

# OBJECTION

Plaintiff Kimberly Birbrower ("Plaintiff") objects to the unauthorized sur reply filed by non-party Eagan Avenatti, LLP ("EA") without leave of Court.[1] Plaintiff further objects to the new authority cited for the first time by EA in its sur reply, including, but not limited to: Fletcher v. Davis, 33 Cal.4th 61 (2004); Epstein v. Abrams, 57 Cal.App.4th 1159 (1997); Exact Software N. Am., Inc. v. DeMoisey, 718 F.3d 535 (6th Cir. 2013); Alvarado v. Young, 436 F. App'x 746 (9th Cir. 2011); and Curry v. Del Priore, 941 F.2d 730 (9th Cir. 1991).

These cases are inapposite to the present case and should have been raised in EA's Opposition. If the Court is going to consider EA's sur reply or the new cases cited therein, Plaintiff requests the opportunity to respond.

Dated: January 24, 2017        FRANK SIMS & STOLPER LLP

                               By:   /s/ Scott H. Sims
                                     Scott H. Sims
                                     Attorneys for Plaintiff

---

[1] Plaintiff filed her Motion for Preliminary Approval on January 6, 2017. [Dkt No. 32-1.] EA filed its Opposition to the motion – framed as an "Objection" – on January 13, 2017, the date opposition briefs were due. [Dkt No. 33.] Plaintiff filed her reply on January 20, 2013, the date reply briefs were due. [Dkt No. 34.] EA filed its sur reply – framed as a "Reply" – on January 23, 2017. [Dkt No. 35.]

1

**PLAINTIFF'S OPPOSITION TO NON-PARTY EAGAN AVENATTI LLP'S UNAUTHORIZED SUR REPLY**