UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **CV 16-1346-DMG (AJWx)**                                Date  February 3, 2017

Title  *Kimberly Birbrower v. Quorn Foods, Inc., et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Eric F. Yuhl | Eric Y. Kizirian |
| Jason M. Frank | |

**Proceedings:  Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement [32]**

The cause is called and counsel state their appearance.  Also present is objector, Michael J. Avenatti.  The Court hears from the objector.  The Court and counsel confer.  Following discussions with counsel, Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement [Doc. # 32] is GRANTED for the reasons stated on the record.  A written order will issue.

Counsel shall e-mail to the clerk the finalized notice, claim, and opt-out form in Word format for the Court to review.  The hearing on Plaintiffs' motion for final approval of class action settlement will be held on **September 1, 2017 at 11:00 a.m.**

: 44

CV-90                              **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk KT