| | |
|---|---|
| 1 | FRANK SIMS & STOLPER LLP |
|  | Jason M. Frank (Bar No. 190957) |
| 2 | jfrank@lawfss.com |
|  | Scott H. Sims (Bar No. 234148) |
| 3 | ssims@lawfss.com |
|  | 19800 MacArthur Blvd., Suite 855 |
| 4 | Irvine, CA 92612 |
|  | Telephone: 949.201.2400 |
| 5 | Facsimile: 949.201.2405 |
| 6 | YUHL CARR LLP |
|  | Eric F. Yuhl (Bar No. 102051) |
| 7 | eyuhl@yuhlcarr.com |
|  | Colin A. Yuhl (Bar No. 259196) |
| 8 | cayuhl@yuhlcarr.com |
|  | 4676 Admiralty Way, Suite 550 |
| 9 | Marina del Rey, CA 90292 |
|  | Telephone: 310.827.2800 |
| 10 | Facsimile:  310.827.4200 |
| 11 | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BIRBROWER, an individual, | CASE NO.: 2:16−cv−01346−DMG−AJW |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARD** |
| QUORN FOODS, INC., a Delaware Corporation and DOES 1 through 100, inclusive, | |
| Defendant. | Date:       September 1, 2017<br>Time:      11:00 a.m.<br>Location: Courtroom 8C |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on September 1, 2017 at 11:00 a.m. in Courtroom 8C of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California 90012, Plaintiff Kimberly Birbrower ("Plaintiff") will and hereby does move for an order:

1. Awarding Class Counsel $1.35 million in attorneys' fees and costs; and
2. Awarding Plaintiff an incentive award of $5,000.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Jason M. Frank, the Declaration of Eric F. Yuhl, the Declaration of Kimberly Birbrower, and such other and further material to be offered at the hearing.

Dated: March 1, 2017            FRANK SIMS & STOLPER LLP


                                By:   /s/ Jason M. Frank
                                      Jason M. Frank
                                      Attorneys for Plaintiff

**PLAINTIFF'S NOTICE OF MOTION ANDN MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARD**