**MAURIELLO LAW FIRM, APC**
Thomas D. Mauriello (SBN: 144811)
*tomm@maurlaw.com*
1181 Puerta Del Sol, Suite 120
San Clemente, CA 92673
Tel: (949) 542-3555
Fax: (949) 606-9690

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
Maia C. Kats (to be admitted *pro hac vice*)
*mkats@cspinet.org*
Matthew Simon (to be admitted *pro hac vice*)
*msimon@cspinet.org*
1220 L Street, Northwest, Suite 300
Washington, District of Columbia 20005
Telephone: (202) 777-8381
Facsimile: (202) 265-4954

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BIRBROWER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUORN FOODS, INC., et al.,<br><br>Defendants. | Case No. 2:16-cv-01346-DMG-AJW<br><br>**NOTICE OF MOTION AND MOTION OF THE CENTER FOR SCIENCE IN THE PUBLIC INTEREST FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN OPPOSITION TO PROPOSED SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, upon the accompanying Motion of the Center for Science in the Public Interest for Leave to File Brief As *Amicus Curiae* in Opposition to the Proposed Settlement, the Center for Science in the Public Interest ("CSPI"), through their undersigned counsel, will and hereby do move this Court before the Honorable Dolly M. Gee, United States District Judge for the United States District Court for the Central District of California, at the United

States Courthouse, 50 West 1st Street, Los Angeles, CA, 90012, at a date that the Court will determine, for an Order granting CSPI leave to appear as *amicus curiae*, file the attached *amicus curiae* brief in opposition to the proposed settlement, and appear at the Final Fairness Hearing.

CSPI makes this Motion pursuant to Rule 29 of the Federal Rules of Civil Procedure on the grounds that it has a unique perspective on deceptive advertising of the product at issue. This Motion is based upon this Notice of Motion, the accompanying memorandum of law, all pleadings on file, and any additional briefing and argument presented to the Court before or at the hearing on this Motion.

Respectfully submitted,

DATED: March 23, 2017  **MAURIELLO LAW FIRM, APC**

By:  /s/  *Thomas D. Mauriello*

Thomas D. Mauriello (SBN: 144811)
*tomm@maurlaw.com*
1181 Puerta Del Sol, Suite 120
San Clemente, CA 92673
Tel: (949) 542-3555
Fax: (949) 606-9690

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
Maia C. Kats (to be admitted *pro hac vice*)
*mkats@cspinet.org*
Matthew Simon (to be admitted *pro hac vice*)
*msimon@cspinet.org*
1220 L Street, Northwest, Suite 300
Washington, District of Columbia 20005
Telephone: (202) 777-8381
Facsimile: (202) 265-4954

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2017, I caused the document entitled "NOTICE OF MOTION AND MOTION OF THE CENTER FOR SCIENCE IN THE PUBLIC INTEREST FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN OPPOSITION TO PROPOSED SETTLEMENT" to be filed with the Court's CM/ECF system, which sends notice of such filing to all parties registered with the CM/ECF system.

/s/ *Thomas D. Mauriello*
Thomas D. Mauriello