THEODORE H. FRANK (SBN 196332)
COMPETITIVE ENTERPRISE INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1310 L Street NW, 7th Floor
Washington, DC 20005
Voice: (202) 331-2263
Email: ted.frank@cei.org

*Attorney for Objector Alida Kass*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BIRBROWER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>QUORN FOODS, INC., a Delaware Corporation and DOES 1 through 100, inclusive,<br><br>　　　　　Defendant.<br><br>Alida Kass,<br>　　　　　Objector. | Case No. 2:16-cv-01346-DMG (AJW)<br><br>**DECLARATION OF M. FRANK BEDNARZ IN SUPPORT OF KASS OBJECTION**<br><br>Date:　　　September 1, 2017<br>Time:　　　10:30 a.m.<br>Location:　 Courtroom 8C |

*Birbrower v. Quorn Foods, Inc.*, 2:16-cv-01346-DMG (AJW)
DECLARATION OF M. FRANK BEDNARZ IN SUPPORT OF KASS
OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT

## INTRODUCTION

I, Michael Frank Bednarz, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could testify competently thereto.

2. I am an attorney with the Competitive Enterprise Institute.

3. On March 24, 2017, I visited my local location of Whole Foods Marketplace in the Hyde Park neighborhood of Chicago. I examined all Quorn products in the freezer case of this grocery. Except for one product, all of the Quorn items appeared to have an identical statement concerning fungi: "There are believed to be over 600,000 varieties of fungi in the world, many of which are among the most sought after foods like varieties of mushroom, truffles, and morels." This is the same statement plaintiffs argued was misleading in their Amended Complaint (Dkt. 9), ¶ 11.

4. However, one product—Quorn Vegan Chik'n Cutlets—used a variant statement that omitted reference to "mushroom, truffles, and morels." This package simply read: "There are believed to be over 600,000 varieties of fungi in the world, many of which are among the most sought after foods."

5. I took photos of the front and back of the Quorn Vegan Chik'n Cutlets described above. A true and accurate copy of these photos is attached as **Exhibit 1**.

6. Attached as **Exhibit 2** is a true and accurate copy of the Declaration of Deborah McComb filed in *Poertner v. Gillette Co.*, No. 12-CV-00803, Dkt. 156 (M.D. Fla. April 21, 2014).

7. The declaration states that Kurtzman Carson Consultants determined that the median claim rate in a settlement without direct notice was 0.023%. *See* Ex. 2 ¶ 5. This is lower than the odds of being dealt a straight flush. *See* Daniel Fisher, *Odds Of A Payoff In Consumer Class Action? Less Than a Straight Flush*, Forbes.com (May 8, 2014), available online at https://www.forbes.com/sites/danielfisher/2014/05/08/odds-of-a-payoff-in-consumer-class-action-less-than-a-straight-flush/.

*Birbrower v. Quorn Foods, Inc.*, 2:16-cv-01346-DMG (AJW)                    1
DECLARATION OF M. FRANK BEDNARZ IN SUPPORT OF KASS
OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT

8. Attached as **Exhibit 3** is a true and accurate copy of CSPInet.com, *Makers of Quorn, the Chicken-Flavored Fungus, Sued for Not Disclosing Dangerous Reactions* (Sep. 17, 2008), available online at: https://cspinet.org/news/makers-quorn-chicken-flavored-fungus-sued-not-disclosing-dangerous-reactions-20090917 (most recently checked March 30, 2017).

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 30, 2017, in Chicago, Illinois.

_____
M. Frank Bednarz

*Birbrower v. Quorn Foods, Inc.*, 2:16-cv-01346-DMG (AJW)   2
DECLARATION OF M. FRANK BEDNARZ IN SUPPORT OF KASS
OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically served the foregoing on all CM/ECF participating attorneys at their registered email addresses, thus effectuating electronic service under S.D. Cal. L. Civ. R. 5.4(d).

DATED this 30th day of March, 2017.

/s/ *Theodore H. Frank*
Theodore H. Frank

# CERTIFICATE OF SERVICE PURSUANT TO CLASS NOTICE AND PRELIMINARY APPROVAL ORDER

Pursuant the requirements of class notice and Preliminary Approval Order, Dkt. 39 ¶¶ 20-21, I hereby certify that on this day I caused service of the forgoing on the following parties, postmarked or emailed as of this date:

| | |
|---|---|
| Atticus Administration<br>Attn: Objection<br>P.O. Box 582959<br>Minneapolis, MN 55458 | *Via First Class Mail* |
| Jason M. Frank, Esq.<br>Scott H. Sims, Esq.<br>Frank Sims & Stolper LLP<br>19800 MacArthur Blvd.<br>Suite 855<br>Irvine, CA 92612<br>eyuhl@yulcarr.com | *Via First Class Mail and Email* |
| Eric Y. Kizirian, Esq.<br>Lewis Brisbois Bisgaard & Smith, LLP<br>633 West 5th Street<br>Suite 4000<br>Los Angeles, CA 90071 | *Via First Class Mail* |

DATED this 30th day of March, 2017.

/s/ *Theodore H. Frank*
Theodore H. Frank

*Birbrower v. Quorn Foods, Inc.*, 2:16-cv-01346-DMG (AJW)     3
DECLARATION OF M. FRANK BEDNARZ IN SUPPORT OF KASS OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT