THEODORE H. FRANK (SBN 196332)
COMPETITIVE ENTERPRISE INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1310 L Street NW 7th Floor
Washington, DC 20005
Voice: (202) 331-2263
Email: ted.frank@cei.org

*Attorney for Objector Alida Kass*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY BIRBROWER, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>QUORN FOODS, INC., a Delaware Corporation and DOES 1 through 100, inclusive,<br><br>        Defendant.<br><hr>Alida Kass,<br><br>        Objector. | Case No. 2:16-cv-01346-DMG (AJW)<br><br>**NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING IN SUPPORT OF OBJECTION TO PROPOSED CLASS SETTLEMENT**<br><br>Date:     September 1, 2017<br>Time:    10:30 a.m.<br>Location: Courtroom 8C |

    As the Preliminary Approval Order, Dkt. 39 at ¶ 21, requires, I give notice of my intent to appear on behalf of my client Alida Kass in person and participate in the fairness hearing, currently scheduled for September 1, 2017. I do not currently plan to call any witnesses, but I reserve the right to cross-examine any witnesses who testify and to make use of any documents

entered on the docket. As reflected in the certificate of service, this notice will be sent to the settlement administrator and postmarked as of this date.

Dated: March 30, 2017    Respectfully submitted,

*/s/ Theodore H. Frank*
Theodore H. Frank (SBN 196332)
COMPETIVE ENTERPRISE INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1310 L Street NW, 7th Floor
Washington, DC 20005
ted.frank@cei.org
(202) 331-2263

*Attorney for Objector Alida Kass*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically served the foregoing on all CM/ECF participating attorneys at their registered email addresses, thus effectuating electronic service under S.D. Cal. L. Civ. R. 5.4(d).

DATED this 30th day of March, 2017.

/s/ *Theodore H. Frank*
Theodore H. Frank

# CERTIFICATE OF SERVICE PURSUANT TO CLASS NOTICE AND PRELIMINARY APPROVAL ORDER

Pursuant the requirements of class notice and Preliminary Approval Order, Dkt. 39 ¶¶ 20-21, I hereby certify that on this day I caused service of the forgoing on the following parties, postmarked or emailed as of this date:

| | |
|---|---|
| Atticus Administration<br>Attn: Objection<br>P.O. Box 582959<br>Minneapolis, MN 55458 | *Via First Class Mail* |
| Jason M. Frank, Esq.<br>Scott H. Sims, Esq.<br>Frank Sims & Stolper LLP<br>19800 MacArthur Blvd.<br>Suite 855<br>Irvine, CA 92612<br>eyuhl@yulcarr.com | *Via First Class Mail and Email* |
| Eric Y. Kizirian, Esq.<br>Lewis Brisbois Bisgaard & Smith, LLP<br>633 West 5th Street<br>Suite 4000<br>Los Angeles, CA 90071 | *Via First Class Mail* |

DATED this 30th day of March, 2017.

/s/ *Theodore H. Frank*
Theodore H. Frank