# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BIRBROWER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>QUORN FOODS, INC., et al.,<br><br>　　　　　　　Defendants. | Case No.: CV 16-1346-DMG (AJWx)<br><br>**ORDER GRANTING APPLICATION OF MOVANT CENTER FOR SCIENCE IN THE PUBLIC INTEREST FOR EXTENSION OF TIME TO FILE** *PRO HAC VICE* **APPLICATION OF ATTORNEY MAIA CAPLAN KATS [57]** |

**DOLLY M. GEE,** United States District Judge:

Having reviewed the Application of the Center for Science in the Public Interest ("CSPI") for Extension of Time to File *Pro Hac Vice* Application of Attorney Maia Caplan Kats; and

Having concluded that the CSPI has shown good cause therefore;

IT IS HEREBY ORDERED that the deadline to refile Ms. Caplan Kats' *pro hac vice* application be extended from April 17 to May 26, 2017, so that her application can be perfected.

**IT IS SO ORDERED.**

DATED: April 17, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE