UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 16-1346-DMG (AJWx)** | Date April 28, 2017 |

Title ***Kimberly Birbrower v. Quorn Foods, Inc., et al.***

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Eric F. Yuhl | Eric Y. Kizirian |
| Jason M. Frank | |
| Scott H. Sims | Movants: |
| | Matthew B. Simon |
| | Maia Caplan |
| | Theodore H. Frank |

**Proceedings:  Telephonic Status Conference re Provision of Class Notice**

     The cause is called and counsel state their appearance.  The Court and counsel confer.  The Court approves the parties' oral stipulation to extend the objection and opt-out deadline to June 1, 2017.  By May 2, 2017, the parties shall provide notice of this extension of time to those class members who were provided with late-delivered notice of the proposed class settlement.  To the extent practicable, notice shall be provided to all class members of the extension of time for objections/opt outs and the fact that objections can be filed with simply a declaration under penalty of perjury regarding past purchase of the products at issue during the class period.

:28

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk <u>KT</u> |