1  **MAURIELLO LAW FIRM, APC**
Thomas D. Mauriello (SBN: 144811)
2  tomm@maurlaw.com
1181 Puerta Del Sol, Suite 120
3  San Clemente, CA 92673
Tel: (949) 542-3555
4  Fax: (949) 606-9690

5  **CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
Maia C. Kats (admitted *pro hac vice*)
6  *mkats@cspinet.org*
Matthew Simon[*] (admitted *pro hac vice*)
7  *msimon@cspinet.org*
1220 L Street, Northwest, Suite 300
8  Washington, DC 20005
Telephone: (202) 777-8381
9  Facsimile: (202) 265-4954

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  KIMBERLY BIRBROWER, individually and on behalf of all others similarly 15  situated, | Case No. 2:16-cv-01346-DMG-AJW **NOTICE OF WITHDRAWAL OF CSPI'S OBJECTION** |
| 16              Plaintiff, | |
| 17              v. | |
| 18  QUORN FOODS, INC., et al., | |
| 19              Defendants. | |

20

21      By way of this Notice of Withdrawal of CSPI's Objection, the Center for

22  Science in the Public Interest ("CSPI") hereby withdraws its objection to the

23  proposed settlement agreement ("Settlement") in the above-referenced action. *See*

24  ECF No. 46–2 ("CSPI's Objection").

25      Following intensive negotiations between CSPI and the parties, Quorn agreed

26  to several binding changes to its product labels, addressing a number of CSPI's

27

28  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
[*] Admitted only in New York; supervised by Maia Caplan Kats, a D.C. Bar Member.

1    objections and substantially improving the injunctive relief provided in the

2    Settlement. With the parties' recent stipulation to two additional amendments to the

3    Settlement, *see* ECF No. 77, and as documented in explanatory emails between

4    CSPI and the parties, *see* Exhibit 1 hereto, CSPI is satisfied that the injunctive relief

5    contained in the Settlement will enhance the transparency of labeling on Quorn

6    products to a degree that justifies the compromise of class claims.

7          CSPI again notes that its efforts have improved the Settlement beyond one

8    that appeared to bind the class to an agreement without meaningful injunctive relief.

9    In pursuit of such amendments, CSPI has accrued $60,000 in counsel fees,

10   exclusive of those incurred by the Mauriello Law Firm, APC, CSPI's local counsel.

11         Dated:  August 28, 2017

12                                        Respectfully submitted,

13

                                          By:    */s/ Thomas D. Mauriello*_____
14
                                          **MAURIELLO LAW FIRM, APC**
15                                        Thomas Mauriello (SBN: 144811)
                                          *tomm@maurlaw.com*
16                                        1181 Puerta Del Sol, Suite 120
                                          San Clemente, CA 92673
17                                        Tel: (949) 542-3555
                                          Fax: (949) 606-9690
18
                                          **CENTER FOR SCIENCE IN THE PUBLIC**
19                                        **INTEREST**
                                          Maia C. Kats (admitted *pro hac vice*)
20                                        *mkats@cspinet.org*
                                          Matthew Simon (admitted *pro hac vice*)
21                                        *msimon@cspinet.org*
                                          1220 L Street, Northwest, Suite 300
22                                        Washington, District of Columbia 20005
                                          Telephone: (202) 777-8381
23                                        Facsimile: (202) 265-4954

24                                        *Counsel for Amicus Curiae Center for*
                                          *Science in the Public Interest*
25

26

27

28